FILED

2005 OCT 14 P 4: 03

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 05 MJ 00295   DLB

| | |
|---|---|
| In Re Matter of ) | NO: SW.F. - |
| ) | |
| CRIMINAL COMPLAINTS AND ) | ORDER SEALING ARREST WARRANTS, |
| ARREST WARRANTS AUTHORIZED ON) | CRIMINAL COMPLAINTS AND |
| OCTOBER 14, 2005, TO ARREST ) | AFFIDAVITS, MEMORANDUM FOR |
| ) | SEALING ORDER, AND DECLARATION |
| WILLIAM JOSHUA WHITE, AND ) | |
| GERALD GREGORY BARNES. ) | **Under Seal** |
| ) | |
| _____) | |

The United States having applied to this Court for an order permitting it to file under seal the arrest warrants, criminal complaints and affidavits in the above-captioned proceedings, together with the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and good cause appearing thereof,

IT IS SO ORDERED, that this order, the arrest warrants, criminal complaints, and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney, Memorandum in Support thereof, and the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, shall remain under seal and shall not be disclosed pending further order

1

1  of this court.

2  DATED:   October 14, 2005

_____
Honorable Dennis L. Beck
U.S. Magistrate Judge