IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **WILLIAM JOSHUA WHITE,** | ) | No. CV-F-08-962 OWW |
| | ) | (No. CR-F-05-435 OWW) |
| | ) | |
| | ) | **ORDER DECLINING TO ISSUE** |
| | ) | **CERTIFICATE OF APPEALABILITY** |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner's request for issuance of a Certificate of Appealability in connection the Memorandum Decision and Order denying Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

The standard for granting a COA has been stated as follows: "Where a district court has rejected the constitutional claims on the merits . . . [t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *United States v.*

1

*Zuno-Arce*, 339 F.3d 886, 888-89 (9th Cir. 2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 146 L. Ed. 2d 542, 120 S. Ct. 1595 (2000)).  Any doubts about whether a petitioner has met this standard must be resolved in his favor.  *Silva v. Woodford*, 279 F.3d 825, 833 (9th Cir. 2002) (citing *Slack*, 529 U.S. at 483-84); *see also Jefferson v. Welborn*, 222 F.3d 286, 289 (7th Cir. 2000) (COA should issue unless petitioner's claims are "utterly without merit").

Petitioner has not made the required showing with respect to the Court's denial of the claims asserted in his Section 2255 motion.  Petitioner's claims are without merit.

IT IS SO ORDERED.

**Dated:     December 19, 2008**           /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE