UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:05-CR-00435 OWW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER EXONERATING BOND |
| WILLIAM JOSHUA WHITE ) | AND FOR RETURN OF NOTES |
| ) | AND DEEDS OF TRUST |
| Defendants. ) | |
| _____) | |

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

Deed # 2007-0079820
Deed # 2007-015654

IT IS SO ORDERED.

Dated:   December 17, 2009           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE